UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAXUM PETROLEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN HIATT and <br> CHEMOIL CORPORATION, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:16-cv-1615 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) SEPTEMBER 26, 2016 <br> ) |

### MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY

This is a Motion for Emergency Relief pursuant to Federal Rule of Civil Procedure 65, et seq., and D. Conn. Local R. Civ. P. § 7(a)(3). Plaintiff Maxum Petroleum, Inc. ("Maxum"), by and through undersigned counsel, respectfully moves this Court for an Order temporarily restraining Defendants Stephen Hiatt ("Hiatt") and Chemoil Corporation, Inc. ("Chemoil") as follows:

1. Restraining Defendants Hiatt and Chemoil from soliciting any business from any client or customer of Maxum;

2. Restraining Defendants Hiatt and Chemoil from soliciting any current or recent former Maxum employees for employment at Chemoil;

3. Restraining Defendants Hiatt and Chemoil from using, disclosing, or transmitting for any purpose (including but not limited to solicitation of clients) any of Maxum's confidential or business information, including but not limited to the names, addresses, and specific information about Maxum's customers and information related to Maxum's pricing.

{N5271803}                                     1

4. Restraining Defendant Hiatt from transmitting any of Maxum's confidential and trade secret information to Chemoil;

5. Restraining Defendant Chemoil from accessing any of Maxum's confidential and trade secret information;

6. Restraining Defendant Chemoil from employing Defendant Hiatt, Randy Ogden, Todd King, and Phillip DeLong in any capacity, or at least in any position where their duties or responsibilities relate in any way to sales of products or services to customers in the rig services business;

7. Requiring Defendants Hiatt and Chemoil to return immediately to Maxum all originals, copies or other reproductions of any documents of Maxum, and (after preserving all materials in an appropriate manner for purposes of this litigation, including all metadata) to purge or destroy any computerized records of Maxum that are within their possession, custody or control;

8. Requiring Defendants Hiatt and Chemoil to submit to expedited discovery, commencing immediately;

9. Awarding Maxum its costs and reasonable attorneys' fees; and

10. Awarding Plaintiffs such further relief as it deems just.

The basis for this motion is set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, and the Declaration of J.J. Smith and exhibits thereto.

Respectfully submitted,

THE PLAINTIFF,
MAXUM PETROLEUM, INC.

By: /s/ *David T. Grudberg*
David T. Grudberg (Federal Bar No. ct01186)

**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509
Tel.: (203) 777-5501
Fax: (203) 784-3199 (fax)
E-mail: dgrudberg@carmodylaw.com

Jonathan Bach (*Pro Hac Vice* Admission Pending)
Jason Koral (*Pro Hac Vice* Admission Pending)

**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Tel.: (212) 479-6000
E-mail:  jbach@cooley.com
             jkoral@cooley.com

*Attorneys for Plaintiff Maxum Petroleum, Inc.*