UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAXUM PETROLEUM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:16-CV-01615 (VLB) |
| v. ) | |
| ) | |
| STEPHEN HIATT and ) | |
| CHEMOIL CORPORATION, INC., ) | |
| ) | SEPTEMBER 26, 2016 |
| Defendants. ) | |
| ) | |

CERTIFICATION OF NOTICE TO
DEFENDANTS OF APPLICATION FOR
TEMPORARY RESTRAINING ORDER UNDER RULE 65

DAVID T. GRUDBERG, being duly sworn, states as follows:

1. I am over 18 years of age and believe in the obligations of an oath.

2. I am a licensed attorney in the State of Connecticut, and a member of the bar of this Court.

3. I am counsel of record for the plaintiff, Maxum Petroleum, Inc., in this matter.

4. On September 26, 2016, I caused copies of plaintiff's Complaint; Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery; Memorandum in Support; Proposed Temporary Restraining Order and/or Preliminary Injunction, and Supporting Declaration of J.J. Smith (with supporting exhibits 1-9) to be delivered by e-mail to Ryan S. Wilson, Esq., Wilson Law Firm, P.O. Box 891830, Oklahoma City, OK (ryan@RSWilsonlaw.com), counsel for defendant Hiatt, and Mr. Mike McLaughlin, Chemoil Corp. Inc., 4 E. Sheridan Suite 400, Oklahoma City, OK 73104 (Mike.McLaughlin@chemoil.com),

{N5271867}

in-house counsel for defendant Chemoil Corporation, Inc. Delivery was made by e-mails from co-counsel from Cooley LLP, who have *pro hac vice* motions for admission pending before this Court. Copies of substantially the same papers were delivered earlier on September 26, 2016, also by e-mail, to the same parties before they were filed with the Court, with an advisement that plaintiff planned to file them today.

5. Pursuant to the notices in those papers, defendants have been advised that plaintiff is seeking, among other relief, a Temporary Restraining Order from this Court.

6. Based on the foregoing, I believe the plaintiff has adequately notified the defendants of the pending Motion for Temporary Restraining Order.

_____
David T. Grudberg

Sworn and subscribed to before
me this 26th day of September, 2016

_____
Notary Public/Commissioner of Superior Court
My Commission Expires:

Respectfully submitted,

THE PLAINTIFF,
MAXUM PETROLEUM, INC.


By:   /s/ David T. Grudberg
      David T. Grudberg (Federal Bar No. ct01186)

      CARMODY TORRANCE SANDAK &
      HENNESSEY LLP
      195 Church Street, 18th Floor
      P.O. Box 1950
      New Haven, CT 06509
      Tel.: (203) 777-5501
      Fax: (203) 784-3199 (fax)
      E-mail: dgrudberg@carmodylaw.com


      Jonathan Bach (*Pro Hac Vice* Admission Pending)
      Jason Koral (*Pro Hac Vice* Admission Pending)

      COOLEY LLP
      1114 Avenue of the Americas
      New York, New York 10036
      Tel.: (212) 479-6000
      E-mail:  jbach@cooley.com
               jkoral@cooley.com

      *Attorneys for Plaintiff Maxum Petroleum, Inc.*